United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-03063-MJC
Thomas Joseph Spellmon Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | 
Date Rcvd: Oct 26, 2026 | Form ID: 309A | Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas Joseph Spellmon, 145 Butler Hill Rd, Lake Ariel, PA 18436-8767 |
| 5843693 | + | David A Faloni, Esq, Faloni Law Group LLC, 425 Eagle Rock Ave, Suite 404, Roseland, NJ 07068-1717 |
| 5843695 | + | Gregg Lawrence Morris, Esq., Patenaude & Felix, APC, 2400 Ansys Dr, Suite 402-B, Canonsburg, PA 15317-0403 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: usbkct@bankruptcypa.com | Oct 26 2026 22:48:00 | Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA 18512 |
| tr | + | Email/Text: lawrencegfrank@gmail.com | Oct 26 2026 22:49:00 | Lawrence G. Frank, (Trustee), 100 Aspen Drive, Dillsburg, PA 17019-9621 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Oct 26 2026 22:49:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5843687 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 26 2026 23:03:39 | Affirm Inc, 650 California St.FL 12, SanFrancisco, CA 94108-2716 |
| 5843688 | + | Email/Text: customer.service@atlantichealth.org | Oct 26 2026 22:49:00 | Atlantic Health System, PO Box 35610, Newark , NJ 07193-5610 |
| 5843689 | | EDI: CAPITALONE.COM | Oct 27 2026 02:49:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5843690 | | EDI: CAPITALONE.COM | Oct 27 2026 02:49:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5843691 | | Email/Text: bankruptcy@cavps.com | Oct 26 2026 22:49:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Ln, Suite 220, Greenwich, CT 06831-2563 |
| 5843692 | ^ | MEBN | Oct 26 2026 22:48:19 | Credit Acceptance Corporation, c/o Patenaude & Felix APC, 2400 Ansys Dr, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5843694 | + | Email/Text: crdept@na.firstsource.com | Oct 26 2026 22:49:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 5843696 | + | Email/Text: clientsupport-us-stl@indebted.co | Oct 26 2026 22:49:00 | InDebted, 1551 Emancipation Hwy, Unit 1511, Fredericksburg, VA 22401-4683 |
| 5843697 | | EDI: IRS.COM | Oct 27 2026 02:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5843698 | | Email/Text: legal@january.com | Oct 26 2026 22:48:00 | January Technologies, Inc., 176 Grand Street, 4th Floor, New York, NY 10013-9998 |
| 5843699 | | EDI: JEFFERSONCAP.COM | Oct 27 2026 02:49:00 | Jefferson Capital Systems, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5843700 | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 26 2026 22:48:21 | Klarna BNPL, 629 N High St. FL 300, Columbus, OH 43215-2929 |
| 5843701 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2026 23:07:47 | LVNV Funding LLC, Attn: Bankruptcy, PO Box 1269, Greenville, SC 29602-1269 |
| 5843702 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2026 23:07:47 | LVNV Funding LLC, 355 S Main St, Suite 300-D, Greenville, SC 29601-2923 |
| 5843703 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2026 22:49:00 | Mia Kiritsis, Esq, Midland Credit Management, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5843705 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2026 22:49:00 | Midland Credit Management, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5843704 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2026 22:49:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5843706 | | Email/Text: signed.order@pfwattorneys.com | Oct 26 2026 22:48:00 | Pressler, Felt & Warshaw LLP, 7 Entin Rd, Suite 100, Parsippany, NJ 07054-5020 |
| 5843707 | | Email/Text: accountservicing@trueaccord.com | Oct 26 2026 22:49:00 | TrueAccord, 16011 College Blvd Ste 130, Lenexa, KS 66219-9877 |
| 5843708 | + | Email/Text: cxbk@zip.co | Oct 26 2026 22:49:00 | Zip Co US Inc, 19 Union Square West 10th Floor, New York, NY 10003-3340 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Thomas Joseph Spellmon usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence G. Frank | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Thomas Joseph Spellmon<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–5982<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: | 7 10/23/26 |
| Case number: | 5:26–bk–03063–MJC | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas Joseph Spellmon | |
| 2. | **All other names used in the last 8 years** | aka Thomas J Spellmon | |
| 3. | **Address** | 145 Butler Hill Rd<br>Lake Ariel, PA 18436 | |
| 4. | **Debtor's attorney**<br>Name and address | Carlo Sabatini<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 | Contact phone 570–341–9000<br>Email: usbkct@bankruptcypa.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lawrence G. Frank<br>(Trustee)<br>100 Aspen Drive<br>Dillsburg, PA 17019 | Contact phone 717 234–7455<br>Email: lawrencegfrank@gmail.com |

**For more information, see page 2 >**



**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (https://www.pamb.uscourts.gov/receive–court–notices–and–orders–email–debn ), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

**6. Bankruptcy clerk's office**

Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.

Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701

Hours open:
Monday – Friday 9:00 AM to 4:00 PM

Contact phone (570) 831–2500

Date: 10/26/26

**7. Meeting of creditors**

Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.

***Valid photo ID and proof of Social Security number are required***

**Date: December 2, 2026 at 10:00 AM**

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

For additional information use the QR code or visit:

https://www.justice.gov/ust/ust–regions–r03/region–3–section–341–meetings–0#TrusteeZoom

The Court does not endorse or exercise any responsibility of the content at this link.

**Location:**

Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 231 131 9730, Click on Join using passcode 5378651079, or call 1–267–552–4686

**8. Presumption of abuse**

If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances.

The presumption of abuse does not arise.

**9. Deadlines**

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**

**Filing deadline: 1/31/27**

**You must file a complaint:**

- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or
- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).

**You must file a motion:**

- if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Deadline to object to exemptions:**

The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

**10. Proof of claim**

Please do not file a proof of claim unless you receive a notice to do so.

No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

**11. Creditors with a foreign address**

If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**12. Exempt property**

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9.